FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

2021 NOV -8 PM 1:57

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

_____,

Inmate ID Number: 0-455345 ,

LAZARO LAURENCIO ,
*(Write the full name and inmate ID number of the Plaintiff.)*

2:21-CV-842-JLB-NPM

Case No.: O.I.G. #2019546
*(To be filled in by the Clerk's Office)*

v.

OFFICER "THREEMON," OFFICER "LENS," Sgt "TINA," OFFICER "FRENCH," Cpl. "BROWN, LATOYA"

Jury Trial Requested?
☒ YES ☐ NO

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____ /

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: LAZARO LAURENCIO    ID Number: O-455345

List all other names by which you have been known: _____

Current Institution: Santa. Rosa Correctional Institution

Address: 5850 EAST Milton ROAD Milton ANNEX Florida 32583

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: OFFICER THREEMON. "LENS,"

   Official Position: Stg FRENCH Sts TONA cApt. BROWN

   Employed at: Correction Department.

   Mailing Address: Santa Rosa Correctional Institution ANNEX 5850. EAST Milton Road Milton Florida 32583.

   ☒ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: "TREEMON, "LENS, "tONA, "FRENCH, "BROWN,"

   Official Position: BROW eatp.

   Employed at: CORRECTION Deparment.

   Mailing Address: 5850. EAst Milton Road Miton Fl.
   SANtaRosA, CoRRectionAl InstiTuNAl 32583

   ☒ Sued in Individual Capacity    ☒ Sued in Official Capacity

3. Defendant's Name: TREMON LENS FRENCH BROWN.

   Official Position: "TREEMON" "LENS FRENCH WROWN.

   Employed at: _____

   Mailing Address: 5850 EAst SantaRosA Correctional
   Intitution, Milton Road Milton Fl. ANNEX 32583

   ☒ Sued in Individual Capacity    ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☐ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☒ Pretrial Detainee          ☐ Civilly Committed Detainee

☒ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☒ Immigration Detainee       ☐ Other *(explain below)*:

"REX. I. FORD" USA IMMIGRATION Judge ALIEDEN CASE NO 24-459361 IN REMOVAL PROCEEDINGS to Cuba NOTICE TO: APPEAR. DATE 7-/23/98

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

November/6/2020/.

OFFICER. TREEMONT, OFFICER KENS, OFFICER. TONA, AND CAPTAIN. Latoyo. BROWN;

CAME NOW. BETWEEN 10.30 PM. or 11.00 PM. ON Friday 11-6-2020. I was. ASSigned. to PH275 the Compound was locked down, Before dinner. Chow. did not Let Anybady use, the bathroom, one, up one Down. When. my turn came, I went. to the Lst Toilet, the Handicap to. Let then, I have, a sizured, the Officer TREEMONT. Colled the Abovefoesentowed, security, AND told them, I was High, did not know, I had a Sizure disorder when I have taken medication all my Life. For this disorder, When this group came, into the dorm I was Laying on the floor, they tried to force me to "walk." I cam not walk I said I can't, And He stated, Breaking me my fingers one art a. time saying youd Better walk Bitch and continued to Do the same thing and they take like that, to kilo dorm, all H1lwe Officer beat me whon I went to confinement, they put me in, the Hdding cell, and officer Lens burned my fingers with a cigarette lichter, and I pessed and shit myself. He said you wont be smoking no more Bitch, to norse came and they certified

**Statement of Facts Continued** *(Page 2 of 2021)*

I was in perfect condition, they put me back in the Holding cell. Officer Lenscomos inside the Holding cell with me and grabbed me by my troat, and tried to strangle me. He snatched my chain in his put in his pocked, the mellaion was on the floor. I picked it up. And put it in my chin poket the medalion, the two nurses colling me I did not want to tolk to then anymore then officer "Tona" Bringht my property at a time. Fixed ving camars futegi can confirm; when the Lt Toka on midnigh chift came with officer Riyans. The female officer said conid not bileve that was me in the cell. She asked me ¿ what Happened? I told the story. She asked the Lt Poka for suarpthone and took pitures of my injuries. Officer tona said I was goin to the dorm. Bat officer Riyans said not this is serios preblems I can not parmite you returns, Bat I promise to get yo chain back, they got me otl Saturday I K4101-1- and officer Riyan back on sonday the 8th Between 630 am, and 730 am, she cam in my cell. With Captain Brown and doid me I promise you I"bring you chain back and brought it to me captain Brows said I have no knowlege, the He did thad to you, until officer Riyans told me.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Regarding This case I preparing involving both Medical Negligence and cruel and unusual punishment for permanent Injuries. I Hoping this officer. Get "Punishment" For the "action" for "Inmate Abuse". I Like this court assist me, for a rasonable Percentage of the settlement or The Verdict In the event of "a Trial" Base on my Grievance olread being approved for O.I.G Case # 2019546.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I am writing this Regarding A case Re, "o.I.G" case #20-19546 I am Preparing involvin both medical negligence and cruel and unusual Punishment For Permanent Injuries. I am Hoping to assist me for a rasonable Porcentage of the settlement or the verdict in the event of a trial.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☒ YES  ☐ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: 18 oF 5-18 2007 Case #: 2:03-CV-294-FtM-29DNF.
   Court: IN THe UNITeD States, District Court, FoR tHe, M.D oF FL FMD.

2. Date: 18-oF 5-18 2007  Case #: 2:03 CV-294-FtM- 29 DUF
   Court: _____

3. Date: _____ Case #: _____
   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☒ YES  ☐ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____ Parties: "Missing TRial tRanscRipt. Loss"

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #: _____ Parties: _____

    Court: _____ Judge: _____

    Date Filed: _____ Dismissal Date *(if not pending)*: _____

    Reason: _____

C.  Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

    ☒ YES   ☐ NO

    If you answered yes, identify all lawsuits:

    1.  Case #: MISSING TRIAL TRANSCRIPT   Parties: _____

        Court: _____ Judge: _____

        Date Filed: _____ Dismissal Date *(if not pending)*: _____

        Reason: _____

    2.  Case #: _____ Parties: _____

        Court: _____ Judge: _____

        Date Filed: _____ Dismissal Date *(if not pending)*: _____

        Reason: _____

    3.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases.* ***Failure to disclose all prior cases may result in the dismissal of this case.****)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _____   Plaintiff's Signature: _Lazo Laurencio_

Printed Name of Plaintiff: LAZARO LAURENCIO

Correctional Institution: SANTA ROSA CORRECTIONAL INSTITUTION "ANNEX"

Address: 5850 East Milton Road Milton Florida 32583

---

**I certify and declare, under penalty of perjury, that this complaint was *(check one)* ☐ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the __5__ day of __November__, 20__21__.

Signature of Incarcerated Plaintiff: _Rosario Laurencio, #985345_